In the Matter of the Judicial Settlement of the Account of Proceedings of Bankers Trust Company and Meier Steinbrink, as Trustees, etc., of Isidor Warschauer, Deceased, for the Benefit of Carrie Rothschild. Bankers Trust Company and Another, Appellants; Warren W. Foster and Another, Respondents.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.